**John A. JENKINS; Julia Jenkins, Plaintiffs—Appellants,**

v.

**Donald R. BAUMGARDNER, individually and his official capacity as Director of the Office of Community Development for Craven County, North Carolina; Harold Blizzard, individually and in his official capacity as County Manager for Craven County, North Carolina, Defendants—Appellees.**

No. 05–1067.

United States Court of Appeals,
Fourth Circuit.

Submitted June 30, 2005.

Decided July 29, 2005.

Charles Everett Robinson, Robinson Law Office, Rocky Mount, North Carolina, for Appellants. Mark A. Davis, Womble Carlyle Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Jenkins and Julia D. Jenkins appeal the district court's order granting the Appellees' motion for summary judgment in their civil action alleging constitutional violations under 42 U.S.C. §§ 1981, 1983, 2000d, in regard to the use and rehabilitation of their property after flooding. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jenkins v. Baumgardner,* No. CA–03–53–4–H (E.D.N.C. Oct. 20, 2004). We grant the Appellees' unopposed motion to submit appeal for decision on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*